**ORIGINAL**



FILED

09/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0500

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0500

A.Z.,

Petitioner,

v.

MONTANA TWENTY-FIRST JUDICIAL
DISTRICT COURT, RAVALLI COUNTY,
HON. HOWARD F. RECHT, Presiding

Respondent.

**O R D E R**

FILED

SEP 03 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner A.Z., via counsel, seeks a writ of supervisory control to reverse and vacate the August 1, 2024 Order Re Motion to Suppress of the Twenty-First Judicial District Court, Ravalli County, in Cause No. DJ-24-18, in which A.Z. is the defendant. A.Z. further requests that the District Court matter be stayed pending the resolution of this petition.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Twenty-First Judicial District Court and/or the State of Montana, are each granted until October 3, 2024, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that the proceedings in the underlying case are STAYED pending this Court's decision on the Petition.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Twenty-First Judicial District Court, Ravalli County, Cause No. DJ-24-18, and the Honorable Howard F. Recht, presiding.

DATED this 3rd day of September, 2024.

_____

_____

_____

_____
                        Justices